**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Endo Surgical Center of North Jersey** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-3232300** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **999 Clifton Avenue** **Clifton, NJ 07013** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Passaic** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Endo Surgical Center of North Jersey**                     Case number (*if known*) _____
          Name

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ■ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☐ None of the above |

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

---

Debtor  **Endo Surgical Center of North Jersey**
_____     _____
       Name                                                 Case number (*if known*)

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐True No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency   _____

         Contact name      _____

         Phone             _____

**■  Statistical and administrative information**

**13. Debtor's estimation of available funds**      .    *Check one:*

☐True Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
☐True 100-199       ☐ 10,001-25,000        ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000          ☐True $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million      ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000          ☐ $1,000,001 - $10 million         ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000    ☐True $10,000,001 - $50  million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Endo Surgical Center of North Jersey**                       Case number (*if known*) _____
Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2018**
MM / DD / YYYY

**X** **/s/ William Focazio, M.D.**                **William Focazio, M.D.**
Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Anthony Sodono, III**               Date **January 13, 2018**
Signature of attorney for debtor                    MM / DD / YYYY

**Anthony Sodono, III**
Printed name

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
Firm name

**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
Number, Street, City, State & ZIP Code

Contact phone   **973-243-8600**     Email address **asodono@trenklawfirm.com**

**007631990**
Bar number and State

Debtor  **Endo Surgical Center of North Jersey**
Name                                                                    Case number (*if known*) _____

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (*if known*) _____    Chapter    **11**

☐ Check if this an
amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | When | | Relationship to you | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Debtor | **Fenner Avenue LLC** | | | | | Relationship to you | **Affiliate** |
| District | **District of New Jersey** | When | **1/13/18** | | | Case number, if known | **18-** |
| Debtor | **William Focazio, MD, PA** | | | | | Relationship to you | **Affiliate** |
| District | **District of New Jersey** | When | **1/13/18** | | | Case number, if known | **18-10752** |

## ENDO SURGICAL CENTER OF NORTH JERSEY, P.C.

### UNANIMOUS CONSENT OF MEMBER IN LIEU OF SPECIAL MEETING

The undersigned, being the president of Endo Surgical Center of North Jersey, P.C. (the "Company"), a New Jersey professional corporation, does hereby certify that, on January 13, 2018, the following resolutions were duly adopted and approved by the member of the Company and recorded in the minute book of the Company, and they have not been modified or rescinded and are still in full force and effect on the date hereof

RESOLVED, that in the judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors and employees and other interested parties to file a voluntary petition for relief under the provisions of chapter 11 of title 11, United States Code (the "Bankruptcy Code') in the United States Bankruptcy Court for the District of New Jersey; and it is

FURTHER RESOLVED, that the Managing Member of the Company is hereby authorized and empowered to execute on behalf of, and in the name of, the Company a voluntary petition for relief under chapter 11 of the Bankruptcy Code and to cause appropriate documents to be filed in the United States Bankruptcy Court for the District of New Jersey, and any affidavits, forms, schedules, lists, applications or any other pleadings or documents which are necessary or appropriate to file the voluntary petition; and it is

FURTHER RESOLVED, that the appropriate officers of the Company be, and they hereby are, authorized and empowered to execute on behalf of, and in the name of, the Company any and all plans of reorganization under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the United States Bankruptcy Court for the District of New Jersey at such time as said authorized officer executing the same shall determine; and it is

FURTHER RESOLVED, that in connection with the commencement of the chapter 11 case by the Company, the appropriate officers of the Company be and hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all first-day pleadings and related documents on such terms and conditions as such officer or officers executing the same may consider necessary, proper or desirable, such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreements or instruments on behalf of the Company; and it is

FURTHER RESOLVED, that the law firm of Trenk DiPasquale Della Fera & Sodono, P.C. is hereby employed as reorganization counsel for the Company upon such terms and conditions as the officers shall approve, to render legal services to, and to represent, the Company in connection with the chapter 11 case, subject to Bankruptcy Court approval; and it is

FURTHER RESOLVED, that the appropriate officers of the Company are hereby authorized to employ and retain on behalf of the Company such other professionals as they deem necessary or appropriate upon such terms and conditions as the officers shall approve, to provide services to the Company as may be requested by the officers of the Company in

connection with the chapter 11 case and with respect to other related matters, with a view to the successful prosecution of such case; and it is

FURTHER RESOLVED, that the appropriate officers of the Company are authorized and empowered to prepare and file with the Securities and Exchange Commission such documents and instruments as may be necessary or desirable in connection with the chapter 11 case; and it is

FURTHER RESOLVED, that the appropriate officers of the Company are authorized and directed to take any and all further action, and to execute and deliver in the name of and on behalf of the Company any and all such other and further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by officers or directors of the Company to file the voluntary petition for relief under chapter 11 of the. Bankruptcy Code or in any other connection with the chapter 11 case of the Company, or any matter related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved.

IN WITNESS THEREOF, I hereto set my hand this 13th day of January, 2018.

ENDO SURGICAL CENTER OF NORTH JERSEY, P.C.

By: _____
        William J. Focazio, President

4847-0871-4842, v. 1

**Fill in this information to identify the case:**

Debtor name    **Endo Surgical Center of North Jersey**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 13, 2018**    X /s/ William Focazio, M.D.
                                               Signature of individual signing on behalf of debtor

                                               **William Focazio, M.D.**
                                               Printed name

                                               **President**
                                               Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Endo Surgical Center of North Jersey**

United States Bankruptcy Court for the:   **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DVCO 999 Clifton Avenue Clifton, NJ 07013** | | **Unpaid Rent** | **Contingent Unliquidated Disputed** | | | **$720,000.00** |
| **Nw Jersey, Treasurer 50 Barrack Street Trenton, NJ 08608** | | **Taxes** | | | | **$452,035.56** |
| **Lawrence J. Thomson, Ct Appt Rent Receiv c/o Eva K. Carey, Esq. Windels Marx Lane & Mittendorf LLP 120 Albany Street Plaza New Brunswick, NJ 08901** | | **Lawsuit for Rent** | **Contingent Unliquidated Disputed** | | | **$400,514.71** |
| **Fulton Bank c/o Archer & Greiner Three Logan Square 1717 Arch Street, Suite 3500 Philadelphia, PA 19103** | | **Judgment** | | | | **$255,190.32** |
| **Mindray DS USA Inc. 800 MacArthur Blvd Mahwah, NJ 07430** | | | | | | **$162,100.61** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Endo Surgical Center of North Jersey**
     Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Everbank Commerical Finance Inc.** c/o Mark E. Thompson, Esq. Law Offices of Thomas A Buoncore PC 1719 Route 10, Suite 301 Parsippany, NJ 07054 | | Judgment | | | | $149,780.03 |
| **Leaf Financial** 68 S Service Road Melville, NY 11747 | | | | | | $146,036.06 |
| **New Logic** 1295 67th Street Emeryville, CA 94608 | | | | | | $132,436.50 |
| **Can Capital** c/o Vital Recovery Services LLC PO Box 923747 Norcross, GA 30010 | | Judgment | | | | $115,072.88 |
| **Yellowstone Capital** 1 Evertrust Plaza Jersey City, NJ 07302 | | | | | | $112,425.17 |
| **Boston Scientific Corporation** 300 Boston Scientific Way Marlborough, MA 01752 | | Lawsuit | | | | $89,609.75 |
| **Henry Schein** c/o Heitner & Breitstein PC 26 Court Street #304 Brooklyn, NY 11242 | | Lawsuit | | | | $88,000.00 |
| **Cole Schotz** 25 Main Street Hackensack, NJ 07601 | | | | | | $76,820.58 |
| **Covidien Safes LLC** 480 Washington Blvd Jersey City, NJ 07310 | | | | | | $72,648.04 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **Endo Surgical Center of North Jersey** | | Case number *(if known)* | |
|--------|------------------------------------------|---|--------------------------|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Montclair Anesthesia Associates PC c/o Christopher Hilboki, Esq 1 University Plaza Dr Hackensack, NJ 07601** | | Lawsuit | | | | $62,090.00 |
| **McKesson Medical-Surgical 9954 Mayland Drive Henrico, VA 23233** | | | | | | $41,430.07 |
| **Reshape Medical Inc 236 Avenida Fabricante Suite 201 San Clemente, CA 92672-5202** | | | | | | $39,150.80 |
| **GE Healthcare 618 Wall Street Ridgewood, NJ 07450** | | | | | | $36,143.15 |
| **Medline Industries Inc 30 Gernmantown Road #2 Danbury, CT 06810** | | Judgment | | | | $35,294.92 |
| **Lakeland Bank 9 Polifly Road Hackensack, NJ 07601** | | | | | | $32,740.73 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Endo Surgical Center of North Jersey**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $             0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $     1,170,680.54

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $     1,170,680.54

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     12,265,896.04

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $     452,035.56

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     3,772,736.72

4. **Total liabilities** .........................................................................................................................
    Lines 2 + 3a + 3b    $     16,490,668.32

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Endo Surgical Center of North Jersey** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Business Checking** | 2898 | **$4,734.00** |
| 3.2. | **Bank of America** | **Business Checking** | 3015 | **$3,803.54** |
| 3.3. | **Valley National Bank** | **Business Checking** | 3390 | **$643.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.           **$9,180.54**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor  **Endo Surgical Center of North Jersey**                    Case number *(If known)* _____
        <sub>Name</sub>

■ Yes Fill in the information below.

11.     **Accounts receivable**

        11b. Over 90 days old:     **1,100,000.00**    -         **0.00**  =....        **$1,100,000.00**
                                    face amount              doubtful or uncollectible accounts

---

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    | **$1,100,000.00** |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies**<br>**To Be Provided** | | **Unknown** | | **Unknown** |

---

23.     **Total of Part 5.**
        Add lines 19 through 22.  Copy the total to line 84.                    | **$0.00** |

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                    page 2

Debtor    **Endo Surgical Center of North Jersey**                      Case number *(If known)*  _____
          Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> **To Be Provided** | Unknown | | Unknown |
| 40. | **Office fixtures** <br> **To Be Provided** | Unknown | | Unknown |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> **4 Desktop Computers and 8 Laptops** | **$0.00** | | **$1,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**                                                               | **$1,500.00** |
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| | General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Mercedes Benz R350** | **$0.00** | | **$15,000.00** |
| 47.2. | **Mercedes Benz R350** | **$0.00** | | **$15,000.00** |
| 47.3. | **Range Rover** | **$0.00** | | **$30,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Endo Surgical Center of North Jersey**                          Case number *(If known)*  _____
          Name

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
     floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)**
     **To Be Provided** _____        **Unknown** _____   _____        **Unknown**

51.  **Total of Part 8.**                                                          | $60,000.00 |
     Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ■ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

     ■ No.  Go to Part 10.
     ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Endo Surgical Center of North Jersey**
Name
Case number *(If known)*

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,180.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,100,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $60,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,170,680.54 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,170,680.54 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Endo Surgical Center of North Jersey**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Chase Auto Finance** Creditor's Name | Describe debtor's property that is subject to a lien **Range Rover** | **$24,896.04** | **$30,000.00** |

**2.1** **Chase Auto Finance**
Creditor's Name

**PO Box 901076**
**Fort Worth, TX 76101-2076**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**1627**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**Range Rover**

Describe the lien
**Automobile Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$24,896.04**              **$30,000.00**

---

**2.2** **First Commerce Bank**
Creditor's Name

**c/o Windels Marx Lane &**
**Mittendorf, LLP**
**120 Albany Street Plaza**
**New Brunswick, NJ 08901**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**Blanket Lien**

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$12,241,000.00**              **Unknown**

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if know) | |
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent

■ Unliquidated

■ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $12,265,896.04

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Endo Surgical Center of North Jersey**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

     ☐ No. Go to Part 2.

     ■ Yes. Go to line 2.

   2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **$0.00** |
| | **Internal Revenue Serbice**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | **Unknown** | **$0.00** |
| | **New Jersey Dept. Labor &**<br>**Workforce Devel**<br>**Div. of Unemployment & Disability**<br>**Ins.**<br>**Bankrutpcy Unit**<br>**1 John Fitch Plaza, PO Box 951**<br>**Trenton, NJ 08611-0951** | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**New Jersey Dept. of Labor
Division of Employer Accounts
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0379**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**New Jersey, Division of Taxation
Compliance & Enforcement -
Bankruptcy
50 Barrack Street, 9th Fl.
PO Box 245
Trenton, NJ 08695-0267**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$452,035.56** | **$452,035.56** |
|---|---|---|---|---|

**Nw Jersey, Treasurer
50 Barrack Street
Trenton, NJ 08608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**8**)

☑ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,200.00** |
|---|---|---|---|

**Ability Network Inc
100 North 6th Street
Suite 900A
Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$691.45** |
|---|---|---|---|

**Advanced Collection Inc.
PO Box 6031
Clifton, NJ 07015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Endo Surgical Center of North Jersey** | Case number *(if known)* | |
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$691.45** |

**AGL Inhalation Therapy Co**
**600 US 46**
**Clifton, NJ 07013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$347.75** |

**All Security Locksmiths LLC**
**842 Clifton Avenue Suite 3**
**Clifton, NJ 07013**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,473.02** |

**Allied World Assurance Co**
**199 Water Street #24**
**New York, NY 10038**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$615.19** |

**AllState Fire Technologies Inc.**
**289 Sherman Avenue**
**Newark, NJ 07114**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Amkai Solutions**
**200 Business Park Suite 208**
**Armonk, NY 10504**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |

**Amniox Medical Inc.**
**2849 Paces Ferry Road SE #750**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143,500.00** |

**Anthony Mancini**
**170 Frank Lane**
**Paramus, NJ 07652**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Applied Biologics**
Dept 3517
PO Box 123517
Dallas, TX 75312-3517

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,491.38 |
|---|---|---|---|

**Arrow Elevator**
230 Richardson Street
Brooklyn, NY 11222

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,152.01 |
|---|---|---|---|

**Arrow International Inc**
c/o Heitner & Breitstein PC
28 N Main Street
Marlboro, NJ 07746

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  __Judgment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,063.69 |
|---|---|---|---|

**Arthrex Inc**
1370 Creekside Boulevard
Naples, FL 34108-1945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $535.66 |
|---|---|---|---|

**Baxter Healthcare Corp**
511 Commerece Street
Franklin Lakes, NJ 07417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|

**Bell Consulting LLC**
445 Co Road 291
Rifle, CO 81650

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,110.27 |
|---|---|---|---|

**Benigno's Tire Exchange Inc.**
60 Jewell Street
Garfield, NJ 07026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Endo Surgical Center of North Jersey** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$7,056.39** |
|---|---|---|---|

**Bergenline Medical Supplies**
**2115 Bergenline Avenue**
**Union City, NJ 07087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$554.58** |
|---|---|---|---|

**Billco LLC**
**220 S Ridgedate Avenue #B2**
**Florham Park, NJ 07932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,550.00** |
|---|---|---|---|

**Biomed Associates Inc.**
**4 E Main Street**
**Flemington, NJ 08822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,008.40** |
|---|---|---|---|

**Biomed Technologies Inc.**
**111 Howard Blvd #100b**
**Mount Arlington, NJ 07856**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$2,017.27** |
|---|---|---|---|

**Biomet Spine**
**310 Interlocken Parkway, Suite 120**
**Broomfield, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$89,609.75** |
|---|---|---|---|

**Boston Scientific Corporation**
**300 Boston Scientific Way**
**Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,073.25** |
|---|---|---|---|

**Bracco Diagnostics Inc.**
**PO Box 978952**
**Dallas, TX 75397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,072.88** |
| --- | --- | --- | --- |

**Can Capital**
**c/o Vital Recovery Services LLC**
**PO Box 923747**
**Norcross, GA 30010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Judgment**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,678.02** |
| --- | --- | --- | --- |

**CC Corporate Storage**
**1 Ackerman Avenue**
**Clifton, NJ 07011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,615.50** |
| --- | --- | --- | --- |

**Citrin Cooperman**
**529 Fifth Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,043.95** |
| --- | --- | --- | --- |

**Clifton Sunoco**
**956 Van Houten Avenue**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$601.49** |
| --- | --- | --- | --- |

**Clifton Ultra Sunoco**
**956 Van Houten Avenue**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,246.38** |
| --- | --- | --- | --- |

**Clifton, City of**
**900 Clifton Avenue**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,216.56** |
| --- | --- | --- | --- |

**Clifton, City of**
**Sewer Dept.**
**PO Box 51070**
**Newark, NJ 07101-5170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,820.58 |
|---|---|---|---|

**Cole Schotz**
**25 Main Street**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,084.73 |
|---|---|---|---|

**Colonial Pharmacy**
**828 Clifton Avenue**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,363.43 |
|---|---|---|---|

**Cook Medical Incorporated**
**22988 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431.65 |
|---|---|---|---|

**Corrado's Garden Center**
**600 Getty Avenue**
**Clifton, NJ 07011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $72,648.04 |
|---|---|---|---|

**Covidien Safes LLC**
**480 Washington Blvd**
**Jersey City, NJ 07310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $507.00 |
|---|---|---|---|

**CQ Fluency Inc.**
**2 University Plaza, Suite 406**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,299.43 |
|---|---|---|---|

**Crothall Healthcare**
**13028 Collection Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Endo Surgical Center of North Jersey** |
| | Name |

Case number *(if known)* _____

---

**3.38** | Nonpriority creditor's name and mailing address | | **$7,282.05**

**Custom Ultrasonics Inc.**
**c/o Recovery Solutions Group LLC**
**1008 Mattlind Way**
**Milford, DE 19963**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | | **$3,740.64**

**Deanco Building Solutions Inc**
**208 Lenox Avenue**
**Westfield, NJ 07090**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | | **$10,025.00**

**DeGrado Halkovich LLC**
**2 University Plaza, Suite 400**
**Hackensack, NJ 07601**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | | **$10,203.77**

**DocEnomics Inc.**
**1401 Constitution Avenue NW**
**Washington, DC 20230**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | | **$720,000.00**

**DVCO**
**999 Clifton Avenue**
**Clifton, NJ 07013**

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | | **$2,760.00**

**EBS Medical Chart Solutions**
**151 North Main Street, Suite 405**
**New City, NY 10956**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | | **$7,670.92**

**El Especial**
**3711 Hudson Avenue**
**Union City, NJ 07087**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,203.69**

**Epimed**
**141 Sal Landrio Drive**
**Crossroad Business Park**
**Johnstown, NY 12095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149,780.03**

**Everbank Commerical Finance Inc.**
**c/o Mark E. Thompson, Esq.**
**Law Offices of Thomas A Buonocore PC**
**1719 Route 10, Suite 301**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Judgment__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Extra Space Storage**
**515 Broad Street**
**Clifton, NJ 07014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Storage Unit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,249.99**

**FiberTech Medical USA**
**1533 Monument Street**
**Concord, MA 01742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,973.64**

**ForTec Medical**
**PO Box 951147**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,071.74**

**Fortis Commercial Cleaning**
**223 Lakewood Drive**
**Bloomfield, NJ 07003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Frier Levitt LLC**
**64 Bloomfield Avenue**
**Pine Brook, NJ 07058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$255,190.32** |
|---|---|---|---|

**Fulton Bank**
**c/o Archer & Greiner**
**Three Logan Square**
**1717 Arch Street, Suite 3500**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Judgment__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$680.50** |
|---|---|---|---|

**Garden State Irrigation Inc.**
**500 West Main Street, Suite 5**
**Wyckoff, NJ 07481**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,460.16** |
|---|---|---|---|

**GE Capital**
**Wells Fargo Vendor Fin Service**
**PO Box 70239**
**Philadelphia, PA 19178-0239**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,143.15** |
|---|---|---|---|

**GE Healthcare**
**618 Wall Street**
**Ridgewood, NJ 07450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160,000.00** |
|---|---|---|---|

**Gerald Recioppi**
**975 Clifton Avenue**
**18 Hook Mountain Road, Suite 201**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim:  __Lawsuit__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$415.82** |
|---|---|---|---|

**Gerstel Medical**
**20 Quaker Road**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$561.00** |
|---|---|---|---|

**GI Supply**
**200 Grandview Avenue**
**Camp Hill, PA 17011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Endo Surgical Center of North Jersey** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,175.00**

**Global Health Care Services Inc**
**39018 Treasury Center**
**Chicago, IL 60694-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,642.00**

**Global Star**
**1901 E 50th Street**
**Texarkana, AR 71854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$373.89**

**Great American Leasing Corporation**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,615.07**

**Halyyard Sales LLC**
**PO Box 73583**
**Dallas, TX 75373-2583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,000.00**

**Henry Schein**
**c/o Heitner & Breitstein PC**
**26 Court Street #304**
**Brooklyn, NY 11242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,550.00**

**Higher Images**
**368 Commercial Street**
**Bridgeville, PA 15017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,067.48**

**Image First**
**Po Box 61323**
**King of Prussia, PA 19406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,502.22 |
|---|---|---|---|
| | **Interstate Waste Services**<br>**PO Box 554046**<br>**Detroit, MI 48255-4046** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,649.15 |
|---|---|---|---|
| | **JDJ Consulting LLC**<br>**6 North Synnott Avenue**<br>**Wenonah, NJ 08090** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|
| | **John Ware/Clifton Sunoco**<br>**c/o Law Office of Anthony Barbieri**<br>**832 Clifton Avenue**<br>**Clifton, NJ 07013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lawsuit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,479.64 |
|---|---|---|---|
| | **Johnson & Johnson Healthcare**<br>**c/o Biehl & Biehl, Inc.**<br>**325 East Fullerton Avenue**<br>**Carol Stream, IL 60188** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Lawsuit** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,530.00 |
|---|---|---|---|
| | **Joint Restoration Foundation**<br>**6276 South Troy Circle**<br>**Englewood, CO 80111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,530.00 |
|---|---|---|---|
| | **JRF Ortho**<br>**6278 South Troy Circle**<br>**Englewood, CO 80111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,152.84 |
|---|---|---|---|
| | **Kimberly-Clark**<br>**PO Box 88125**<br>**Chicago, IL 60695-0002** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,740.73**

**Lakeland Bank**
**9 Polifly  Road**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,680.49**

**Law Office of Jeffrey Randolph LLC**
**139 Harristown Road, Suite 205**
**Glen Rock, NJ 07452**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400,514.71**

**Lawrence J. Thomson, Ct Appt Rent Receiv**
**c/o Eva K. Carey, Esq.**
**Windels Marx Lane & Mittendorf LLP**
**120 Albany Street Plaza**
**New Brunswick, NJ 08901**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit for Rent**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$146,036.06**

**Leaf Financial**
**68 S Service Road**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,544.19**

**Liberty Mutual Ins. Co**
**2501 Willington Road**
**New Castle, PA 16105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$251,250.00**

**Louis Giasullo, DC**
**PO Box 836**
**18 Hook Mountain Road, Suite 201**
**West Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Lawsuit**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,800.00**

**Marquis Healthcare Technologies**
**4459 Amboy Road, Suite 4**
**Staten Island, NY 10312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$800.00** |
|---|---|---|---|

**Marsha Cohen RN**
**11 Cooper Avenue #302**
**Long Branch, NJ 07740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,430.07** |
|---|---|---|---|

**McKesson Medical-Surgical**
**9954 Mayland Drive**
**Henrico, VA 23233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,140.00** |
|---|---|---|---|

**MD Reports**
**1110 South Avenue**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$856.00** |
|---|---|---|---|

**Meadowlands Electronics**
**320 Essex Street Suite 3**
**Stirling, NJ 07980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200.00** |
|---|---|---|---|

**Medical Staff Office**
**Chilton Hospital**
**97 West Parkway**
**Pompton Plains, NJ 07444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,034.64** |
|---|---|---|---|

**Medivators NW 9841**
**PO Box 1450**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,294.92** |
|---|---|---|---|

**Medline Industries Inc**
**30 Gernmantown Road #2**
**Danbury, CT 06810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Judgment_

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,659.68 |
|---|---|---|---|

**Medtronic USA**
**4542 Collection Center Drive**
**Chicago, IL 60693-0046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,512.99 |
|---|---|---|---|

**Metro MSP LLC**
**8 Woodhollow Road**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162,100.61 |
|---|---|---|---|

**Mindray DS USA Inc.**
**800 MacArthur Blvd**
**Mahwah, NJ 07430**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Miron Technologies Inc.**
**PO Box 101301**
**Pasadena, CA 91189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,796.49 |
|---|---|---|---|

**Mitel Leasing**
**PO  Box 972448**
**Dallas, TX 75397-2448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403.39 |
|---|---|---|---|

**Mitel Technologies Inc.**
**Department 7084**
**Carol Stream, IL 60122-7084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,090.00 |
|---|---|---|---|

**Montclair Anesthesia Associates PC**
**c/o Christopher Hilboki, Esq**
**1 University Plaza Dr**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,517.67** |
|---|---|---|---|

**NCI**
**48 3rd Street**
**Kearny, NJ 07032**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,085.86** |
|---|---|---|---|

**Neuro Therm Inc.**
**30 Upton Drive Suite 2**
**Wilmington, MA 01887**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$132,436.50** |
|---|---|---|---|

**New Logic**
**1295 67th Street**
**Emeryville, CA 94608**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$163.00** |
|---|---|---|---|

**North Media Group**
**1 Garret Mountain Plaza**
**Little Falls, NJ 07424**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$552.92** |
|---|---|---|---|

**Northwestern Mutual**
**PO Box 3009**
**Milwaukee, WI 53201-3009**

Date(s) debt was incurred _
Last 4 digits of account number  **0130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,645.82** |
|---|---|---|---|

**Nuance Communications Inc.**
**PO Box 7247-6924**
**Philadelphia, PA 19170-6924**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,729.46** |
|---|---|---|---|

**Olympus America Inc**
**Box 200194**
**Pittsburgh, PA 15251-0194**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**On Deck Capital Inc**
901 N Stuart Street, Suite 700
Arlington, VA 22203

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lawsuit**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$590.39** |
|---|---|---|---|

**Optum360**
PO BOx 8850
Chicago, IL 60680

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$689.36** |
|---|---|---|---|

**Panasonic Finance Solutions**
PO Box 12438
Newark, NJ 07101-3538

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$806.86** |
|---|---|---|---|

**Passaic Valley Water 7236**
1525 Main Avenue
Clifton, NJ 07011

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,538.75** |
|---|---|---|---|

**Passaic Valley Water Commission**
1525 Main Avenue
Clifton, NJ 07011

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Utility Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$647.56** |
|---|---|---|---|

**Paulison Car Wash & Detailing Inc.**
1041 Paulison Avenue
Clifton, NJ 07011

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$696.00** |
|---|---|---|---|

**Pitney Bowes Global Financial Services L**
PO Box 371887
Pittsburgh, PA 15250-7887

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,364.06** |
|---|---|---|---|

**Pitney Bowes Purchase Power**
PO Box 371874
Pittsburgh, PA 15250-7874

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,880.00** |
|---|---|---|---|

**Positive Outcomes Consulting LLC**
106 Apple Street Suite 200W
Eatontown, NJ 07724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Precision Billing & Consulting Services**
940 Main Street
Hackensack, NJ 07601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$393.51** |
|---|---|---|---|

**Premier Plus**
326 North 14th Street
Kenilworth, NJ 07033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,675.65** |
|---|---|---|---|

**Premium RX National LLC**
15722 Crabbs Branch Way
Derwood, MD 20855

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$368.99** |
|---|---|---|---|

**Prescott's Inc.**
18940 Microscopte Way
Monument, CO 80132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,165.32** |
|---|---|---|---|

**Professional Transcription Co - PTC**
PO Box 120330
Staten Island, NY 10312

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $426.57 |
|---|---|---|---|

**Proforma Spectrum Graphics Unlimted**
373 US 46 #130
Fairfield, NJ 07004

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,948.25 |
|---|---|---|---|

**Progressive Drive Insurance**
PO Box 105428
Atlanta, GA 30348

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,480.98 |
|---|---|---|---|

**PSE&G**
PO Box 14444
New Brunswick, NJ 08906

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,150.80 |
|---|---|---|---|

**Reshape Medical Inc**
236 Avenida Fabricante Suite 201
San Clemente, CA 92672-5202

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,395.36 |
|---|---|---|---|

**Richard Wolf Medical**
2573 Momentium Place
Chicago, IL 60689

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,775.25 |
|---|---|---|---|

**Roth Toscano & Amato**
80 Route 4 East, Suite 150
Paramus, NJ 07652

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,150.25 |
|---|---|---|---|

**Salerno Technologies**
PO BOx 807
Union, NJ 07083

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $480.94 |
|---|---|---|---|

**Scales Medical Technologies Inc.**
**110 Voice Road**
**Carle Place, NY 11514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,750.00 |
|---|---|---|---|

**Sharpe Kawam Carmosino & Co LLC**
**1 Mars Court, Suite 1**
**Boonton, NJ 07005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $777.67 |
|---|---|---|---|

**Shred It USA LLC**
**81 Walsh Drive**
**Parsippany, NJ 07054-1010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,671.04 |
|---|---|---|---|

**Smith & Nephew Inc**
**PO Box 60333**
**Charlotte, NC 28260-0333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,504.28 |
|---|---|---|---|

**Son Rise**
**615 Westfield Avenue West**
**Roselle Park, NJ 07204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,943.70 |
|---|---|---|---|

**SpineView Inc.**
**48810 Kato Road, Suite 110E**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,532.19 |
|---|---|---|---|

**Staples**
**PO Box 415256**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$892.45** |
|---|---|---|---|

**Staples Advantage**
**PO Box 415256**
**Boston, MA 02241-5256**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.05** |
|---|---|---|---|

**Staples Credit Plan**
**Dept 51 7812524386**
**PO Box 78004**
**Phoenix, AZ 85062-8004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,058.60** |
|---|---|---|---|

**Stericycle**
**P O Box 6582**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,664.75** |
|---|---|---|---|

**Stryker Endoscopy**
**c/o Stryker Saler Corporation**
**PO Box 93276**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,051.50** |
|---|---|---|---|

**Stryker Spine**
**21912 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$295.00** |
|---|---|---|---|

**Surgical Center Information Exchange**
**PO Box 40724**
**Houston, TX 77240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,050.00** |
|---|---|---|---|

**Susan Bahrt RN BSN CIC**
**PO Box 96**
**Nazareth, PA 18064**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,619.50 |
|---|---|---|---|

**The Brownstone**
**351 West Broadway**
**Paterson, NJ 07522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $733.50 |
|---|---|---|---|

**The Wheelchair Man Company Inc.**
**281 White Horse Pike**
**Clementon, NJ 08021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,920.00 |
|---|---|---|---|

**Todays Business LLC**
**39 Route 46 East Bldg 801**
**Pine Brook, NJ 07058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,434.00 |
|---|---|---|---|

**Tri-State Opthalmics**
**10 Seals Drive**
**Monroe, NY 10950-3949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,895.45 |
|---|---|---|---|

**Tyco Integrated Security LLC**
**PO Box 371967**
**Pittsburgh, PA 15250-7967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,013.01 |
|---|---|---|---|

**Unitex Textile Rental Corporation**
**c/o O'Brien & Taylor**
**175 Fairfield Avenue #2A**
**Caldwell, NJ 07006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Lawsuit__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,421.50 |
|---|---|---|---|

**UPS**
**Box 7247**
**Clifton, NJ 07013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,432.99 |
| --- | --- | --- | --- |

**US Endoscopy**
**5676 Heisley Road**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,129.25 |
| --- | --- | --- | --- |

**Utica National Insurance Group**
**PO Box 6532**
**Utica, NY 13504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $793.11 |
| --- | --- | --- | --- |

**Vanwell Electronics**
**320 Essex Street Suite 3**
**Stirling, NJ 07980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.86 |
| --- | --- | --- | --- |

**Verizon Wireless**
**PO  Box 408**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,980.00 |
| --- | --- | --- | --- |

**VMST Corp**
**190 Midland Avenue**
**Saddle Brook, NJ 07663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $495.38 |
| --- | --- | --- | --- |

**WB Mason Company Inc.**
**535 Secaucus Road**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $597.54 |
| --- | --- | --- | --- |

**Wells Fargo**
**PO Box 6434**
**Carol Stream, IL 60197-6434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **5001**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Endo Surgical Center of North Jersey** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,885.32 |
|---|---|---|---|
| | **Wells Fargo Financial Leasing**<br>**PO Box 6434**<br>**Carol Stream, IL 60197** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $112,425.17 |
|---|---|---|---|
| | **Yellowstone Capital**<br>**1 Evertrust Plaza**<br>**Jersey City, NJ 07302** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Caine & Weiner**<br>**21210 Erwin Street**<br>**Woodland Hills, CA 91367** | Line **3.81**<br>☐ Not listed. Explain _ | _ |
| 4.2 | **Chase Weiss & Kehoe**<br>**190 Moore Street**<br>**Hackensack, NJ 07601** | Line **3.76**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Clifton, City of**<br>**Attn:  Municipal Attorney**<br>**900 Clifton Avenue**<br>**Clifton, NJ 07013** | Line **3.29**<br>☐ Not listed. Explain _ | _ |
| 4.4 | **David C Whitridge, Esq.**<br>**Thompson O'Brien Kemp & Nasuit PC**<br>**40 Technology Parkway Sourt, Suite 300**<br>**Norcross, GA 30092** | Line **3.101**<br>☐ Not listed. Explain _ | _ |
| 4.5 | **Morris & Adelman**<br>**PO Box 2235**<br>**Bala Cynwyd, PA 19004** | Line **3.22**<br>☐ Not listed. Explain _ | _ |
| 4.6 | **New Jersey Attorney General Office**<br>**Division of Law**<br>**Richard J. Hughes Justice Complex**<br>**25 Market St, PO Box 112**<br>**Trenton, NJ 08625-0112** | Line **2.4**<br>☐ Not listed. Explain _ | _ |
| 4.7 | **Peter J. Vazquez, Jr., Esq.**<br>**The Vazquez Law Firm**<br>**18 Hook Mountain Road, Suite 201**<br>**Pine Brook, NJ 07058** | Line **3.78**<br>☐ Not listed. Explain _ | _ |

| Debtor | **Endo Surgical Center of North Jersey** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Peter J. Vazquez, Jr., Esq.** **The Vazquez Law Firm** **18 Hook Mountain Road, Suite 201** **Pine Brook, NJ 07058** | Line **3.9** ☐ Not listed. Explain ____ | _ |
| 4.9 | **Peter J. Vazquez, Jr., Esq.** **The Vazquez Law Firm** **18 Hook Mountain Road, Suite 201** **Pine Brook, NJ 07058** | Line **3.56** ☐ Not listed. Explain ____ | _ |
| 4.10 | **The CKB Firm** **30 North LaSalle Street** **Chicago, IL 60602** | Line **3.86** ☐ Not listed. Explain ____ | _ |
| 4.11 | **United States Attorney** **Peter Rodino Federal Building** **970 Broad Street, Suite 700** **Newark, NJ 07102** | Line **2.1** ☐ Not listed. Explain ____ | _ |
| 4.12 | **United States Attorney General** **U.S. Dept. of Justice** **Ben Franklin Station** **PO Box 683** **Washington, DC 20044** | Line **2.1** ☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 452,035.56 |
| 5b. Total claims from Part 2 | 5b. + | $ 3,772,736.72 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 4,224,772.28 |

**Fill in this information to identify the case:**

Debtor name     **Endo Surgical Center of North Jersey**

United States Bankruptcy Court for the:     DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Office Space at 999 Clifton Avenue, Clifton, New Jersey 07013** **$30,000 per month** | |
| | State the term remaining | **17 years** | |
| | List the contract number of any government contract | _____ | **DVCO** **999 Clifton Avenue** **Clifton, NJ 07013** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **To Be Provided** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **Endo Surgical Center of North Jersey**

United States Bankruptcy Court for the:      DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Arthur St. Realty LLC** | | First Commerce Bank | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 **DVCO** | **999 Clifton Avenue Clifton, NJ 07013** | First Commerce Bank | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 **DVCO, LLC** | **999 Clifton Avenue Clifton, NJ 07013** | **Lawrence J. Thomson, Ct Appt Rent Receiv** | ☐ D ____<br>■ E/F __3.75__<br>☐ G ____ |
| 2.4 **Fox Hedge Manor, LLC** | | First Commerce Bank | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 **Metropolitan Anesthesia, LLC** | | First Commerce Bank | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Endo Surgical Center of North Jersey** | | Case number *(if known)* | _____ |

▊ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Riverwood Surgical Center LLC** | | First Commerce Bank | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.7 | **William Focazio, MD** | **106 Fox Hedge Road** <br> **Saddle River, NJ 07458** | First Commerce Bank | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.8 | **William Focazio, MD** | **106 Fox Hedge Road** <br> **Saddle River, NJ 07458** | **On Deck Capital Inc** | ☐ D _____ <br> ■ E/F __3.101__ <br> ☐ G _____ |
| 2.9 | **William J. Focazio, MD, PA** | **999 Clifton Street** <br> **Clifton, NJ 07013** | First Commerce Bank | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.10 | **William J. Focazio, MD, PA** | **999 Clifton Street** <br> **Clifton, NJ 07013** | **Montclair Anesthesia Associates PC** | ☐ D _____ <br> ■ E/F __3.93__ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Endo Surgical Center of North Jersey**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$14,397.07** |
   | **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$561,502.13** |
   | **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,483,650.44** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Endo Surgical Center of North Jersey** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **To Be Provided** | | | **$0.00** |
| | Last 4 digits of account number: _____ | | |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Lawrence J. Thomson, Court-Appointed Rent Receiver v. Endo/Surgical Center of North Jersey, PC and DVCO, LLC LT-9864-17** | **Landlord/Tenant** | **Passaic County Special Civil Part 77 Hamilton Street Paterson, NJ 07505** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **First Commerce Bank v. Endo/Surgical Center of North Jersey, PC, et al OCN-L-2380-16** | **Contract** | **Ocean County Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Giasulo vs. Endo Surgical Center of New Jersey C-000127-16** | **Contract** | **Passaic County Superior Court** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **Pomante vs Endo Surgical Center of North Jersey, et al PAS-L-4066-14** | | **Passaic County Superior Court** | ☐ Pending ☐ On appeal ☐ Concluded |

Debtor    **Endo Surgical Center of North Jersey**    Case number *(if known)* _____

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **Arrow International vs. Endo Surgical Center of North Jersey** DC-5312-17 | | **Passaic County Special Civil Part 77 Hamilton Street Paterson, NJ 07505** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.6. **Montclair Anesthesia vs. Endo-Surgical Center of Clifton, et al** ESX-L-1917-13 | | **Essex County Superior Court** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.7. **Unitex Textile Rental Corporation vs. Endosurgical Center of North Jersey PC** ESX-L-6216-16 | | **Essex County Superior Court** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.8. **Boston Scientific Corporation v. Endo/Surgical Center of North Jersey PC** PAS-L-1649-17 | Contract | **Passaic County Superior Court** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.9. **Henry Schein vs. Endo/Surgical Center of North Jersey, PC** PAS-L-2289-17 | Contract | **Passaic County Superior Court** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.10. **Everbank Commecial Finance, Inc. vs Endo/Surgical Center of North Jersey PC** MRS-L-176-16 | Contract | **Morris County Superior Court** | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.11. **On Deck Capital, Inc. vs. Endo Surgical Center of North Jersey, PC, et al** CL17-2556 | Collection | **Arlington County Circuit Court Commonwealth of Virginia** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor **Endo Surgical Center of North Jersey**                    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Trenk, DiPasquale, Della Fera & Sodono,**<br>**347 Mount Pleasant Avenue**<br>**Suite 300**<br>**West Orange, NJ 07052** | **Attorney Fees** | **12/28/2017** | **$21,717.00** |
| | **Email or website address**<br>**asodono@trenklawfirm.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Debtor    **Endo Surgical Center of North Jersey**                     Case number *(if known)* _____

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.

■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Endo Surgical Center of North Jersey PC 999 Clifton Avenue Clifton, NJ 07013** | **Surgical Center** | |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. **999 Clifton Avenue, Clifton, NJ 07013** | How are records kept? *Check all that apply:* ■ Electronically ☐ Paper |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

   **Name, Address, Social Security Number and Insurance information**

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

   ■ No Go to Part 10.
   ■ Yes. Fill in below:
   Name of plan                                                          Employer identification number of the plan
   **Endo Surgical Center of North Jersey 401k**                        EIN: _____

   Has the plan been terminated?
   ☐ No
   ■ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Endo Surgical Center of North Jersey**                                    Case number *(if known)* _____

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Extra Space Storage**<br>**515 Broad Street**<br>**Clifton, NJ 07014** | **No access due to lack of payment** | **Medical Records** | ☐ No<br>■ Yes |

<br>

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor    **Endo Surgical Center of North Jersey**                                     Case number *(if known)* _____

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **Ray Toscano**<br>**Roth Toscano & Amato**<br>**411 Hackensack Avenue #10**<br>**Hackensack, NJ 07601** | **1/1/09-6/30/17** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Paul Gagliano**<br>**Gagliano & Associates**<br>**9 James Street**<br>**Bloomfield, NJ 07003** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Yellowstone Capital**<br>**1 Evertrust Plaza**<br>**Jersey City, NJ 07302** |
| 26d.2.    **On Deck Capital Inc**<br>**901 N Stuart Street, Suite 700**<br>**Arlington, VA 22203** |

27. **Inventories**

Debtor **Endo Surgical Center of North Jersey**                                        Case number *(if known)* _____

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | | | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Passaic County Sheriff's Office**<br>**435 Hamburg Turnpike**<br>**Wayne, NJ 07470** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **William Focazio, MD** | **106 Fox Hedge Road**<br>**Saddle River, NJ 07458** | **President** | **90%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Louis Giasullo, DC** | **PO Box 836**<br>**18 Hook Mountain Road, Suite 201**<br>**West Caldwell, NJ 07006** | **owns four (4) class B, non-voting authorized shares of 100 total Class A and Class B shares** | **4%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Anthony Mancini** | **170 Frank Lane**<br>**Paramus, NJ 07652** | **owns two (2) class B, non-voting authorized shares of 100 total Class A and Class B shares** | **2%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gerald Recioppi** | **975 Clifton Avenue**<br>**18 Hook Mountain Road, Suite 201**<br>**Clifton, NJ 07013** | **owns four (4) class B, non-voting authorized shares of 100 total Class A and Class B shares** | **4%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

Debtor   **Endo Surgical Center of North Jersey**                              Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  |  |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Endo Surgical Center of North Jersey**                                  Case number *(if known)* _____

---

**Part 14:**    Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 13, 2018**

**/s/ William Focazio, M.D.**                              **William Focazio, M.D.**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re **Endo Surgical Center of North Jersey**      Case No. _____

Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ........................ | $ | **Fees & expenses as allowed by the Court** |
| Prior to the filing of this statement I have received ........... | $ | **16,705.80*** |
| Balance Due ........................................................... | $ | **Fees & expenses as allowed by the Court** |

**\* Debtor paid a retainer of $21,717.00 for the Debtor's Chapter 11 representation.  Future compensation shall be paid by the Debtor, which fees will be subject to Bankruptcy Court approval**.

2. The source of the compensation paid to me was:

   ☑ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **January 13, 2018** | **/s/ Anthony Sodono, III** |
| *Date* | **Anthony Sodono, III** |
| | *Signature of Attorney* |
| | **Trenk, DiPasquale, Della Fera & Sodono, P.C.** |
| | **347 Mount Pleasant Avenue** |
| | **Suite 300** |
| | **West Orange, NJ 07052** |
| | **973-243-8600   Fax: 973-243-8677** |
| | **asodono@trenklawfirm.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
### District of New Jersey

In re   **Endo Surgical Center of North Jersey**                      Case No.
                                            Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Anthony Mancini**<br>**170 Frank Lane**<br>**Paramus, NJ 07652** | **B** | **2%** | |
| **Gerald Recioppi**<br>**975 Clifton Avenue**<br>**18 Hook Mountain Road, Suite 201**<br>**Clifton, NJ 07013** | **B** | **4%** | |
| **Louis Giasullo, DC**<br>**PO Box 836**<br>**18 Hook Mountain Road, Suite 201**<br>**West Caldwell, NJ 07006** | **B** | **4%** | |
| **William Focazio, MD**<br>**106 Fox Hedge Road**<br>**Saddle River, NJ 07458** | **A** | **90%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 13, 2018**                        Signature   **/s/ William Focazio, M.D.**

                                                   **William Focazio, M.D.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re  **Endo Surgical Center of North Jersey**

                                       Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **January 13, 2018**

**/s/ William Focazio, M.D.**

**William Focazio, M.D./President**
Signer/Title

Ability Network Inc
100 North 6th Street
Suite 900A
Minneapolis, MN 55403


Advanced Collection Inc.
PO Box 6031
Clifton, NJ 07015


AGL Inhalation Therapy Co
600 US 46
Clifton, NJ 07013


All Security Locksmiths LLC
842 Clifton Avenue Suite 3
Clifton, NJ 07013


Allied World Assurance Co
199 Water Street #24
New York, NY 10038


AllState Fire Technologies Inc.
289 Sherman Avenue
Newark, NJ 07114


Amkai Solutions
200 Business Park Suite 208
Armonk, NY 10504


Amniox Medical Inc.
2849 Paces Ferry Road SE #750
Atlanta, GA 30339


Anthony Mancini
170 Frank Lane
Paramus, NJ 07652


Applied Biologics
Dept 3517
PO Box 123517
Dallas, TX 75312-3517


Arrow Elevator
230 Richardson Street
Brooklyn, NY 11222

Arrow International Inc
c/o Heitner & Breitstein PC
28 N Main Street
Marlboro, NJ 07746


Arthrex Inc
1370 Creekside Boulevard
Naples, FL 34108-1945


Baxter Healthcare Corp
511 Commerece Street
Franklin Lakes, NJ 07417


Bell Consulting LLC
445 Co Road 291
Rifle, CO 81650


Benigno's Tire Exchange Inc.
60 Jewell Street
Garfield, NJ 07026


Bergenline Medical Supplies
2115 Bergenline Avenue
Union City, NJ 07087


Billco LLC
220 S Ridgedate Avenue #B2
Florham Park, NJ 07932


Biomed Associates Inc.
4 E Main Street
Flemington, NJ 08822


Biomed Technologies Inc.
111 Howard Blvd #100b
Mount Arlington, NJ 07856


Biomet Spine
310 Interlocken Parkway, Suite 120
Broomfield, CO 80021


Boston Scientific Corporation
300 Boston Scientific Way
Marlborough, MA 01752

Bracco Diagnostics Inc.
PO Box 978952
Dallas, TX 75397


Caine & Weiner
21210 Erwin Street
Woodland Hills, CA 91367


Can Capital
c/o Vital Recovery Services LLC
PO Box 923747
Norcross, GA 30010


CC Corporate Storage
1 Ackerman Avenue
Clifton, NJ 07011


Chase Auto Finance
PO Box 901076
Fort Worth, TX 76101-2076


Chase Weiss & Kehoe
190 Moore Street
Hackensack, NJ 07601


Citrin Cooperman
529 Fifth Avenue
New York, NY 10017


Clifton Sunoco
956 Van Houten Avenue
Clifton, NJ 07013


Clifton Ultra Sunoco
956 Van Houten Avenue
Clifton, NJ 07013


Clifton, City of
900 Clifton Avenue
Clifton, NJ 07013


Clifton, City of
Sewer Dept.
PO Box 51070
Newark, NJ 07101-5170

Clifton, City of
Attn: Municipal Attorney
900 Clifton Avenue
Clifton, NJ 07013

Cole Schotz
25 Main Street
Hackensack, NJ 07601

Colonial Pharmacy
828 Clifton Avenue
Clifton, NJ 07013

Cook Medical Incorporated
22988 Network Place
Chicago, IL 60673

Corrado's Garden Center
600 Getty Avenue
Clifton, NJ 07011

Covidien Safes LLC
480 Washington Blvd
Jersey City, NJ 07310

CQ Fluency Inc.
2 University Plaza, Suite 406
Hackensack, NJ 07601

Crothall Healthcare
13028 Collection Center Drive
Chicago, IL 60693

Custom Ultrasonics Inc.
c/o Recovery Solutions Group LLC
1008 Mattlind Way
Milford, DE 19963

David C Whitridge, Esq.
Thompson O'Brien Kemp & Nasuit PC
40 Technology Parkway Sourt, Suite 300
Norcross, GA 30092

Deanco Building Solutions Inc
208 Lenox Avenue
Westfield, NJ 07090


DeGrado Halkovich LLC
2 University Plaza, Suite 400
Hackensack, NJ 07601


DocEnomics Inc.
1401 Constitution Avenue NW
Washington, DC 20230


DVCO
999 Clifton Avenue
Clifton, NJ 07013


DVCO, LLC
999 Clifton Avenue
Clifton, NJ 07013


EBS Medical Chart Solutions
151 North Main Street, Suite 405
New City, NY 10956


El Especial
3711 Hudson Avenue
Union City, NJ 07087


Epimed
141 Sal Landrio Drive
Crossroad Business Park
Johnstown, NY 12095


Everbank Commerical Finance Inc.
c/o Mark E. Thompson, Esq.
Law Offices of Thomas A Buonocore PC
1719 Route 10, Suite 301
Parsippany, NJ 07054


Extra Space Storage
515 Broad Street
Clifton, NJ 07014

FiberTech Medical USA
1533 Monument Street
Concord, MA 01742


First Commerce Bank
c/o Windels Marx Lane & Mittendorf, LLP
120 Albany Street Plaza
New Brunswick, NJ 08901


ForTec Medical
PO Box 951147
Cleveland, OH 44193


Fortis Commercial Cleaning
223 Lakewood Drive
Bloomfield, NJ 07003


Frier Levitt LLC
64 Bloomfield Avenue
Pine Brook, NJ 07058


Fulton Bank
c/o Archer & Greiner
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103


Garden State Irrigation Inc.
500 West Main Street, Suite 5
Wyckoff, NJ 07481


GE Capital
Wells Fargo Vendor Fin Service
PO Box 70239
Philadelphia, PA 19178-0239


GE Healthcare
618 Wall Street
Ridgewood, NJ 07450


Gerald Recioppi
975 Clifton Avenue
18 Hook Mountain Road, Suite 201
Clifton, NJ 07013

Gerstel  Medical
20  Quaker  Road
Short Hills, NJ 07078


GI  Supply
200  Grandview  Avenue
Camp Hill, PA 17011


Global  Health  Care  Services  Inc
39018 Treasury  Center
Chicago, IL 60694-9000


Global  Star
1901  E  50th  Street
Texarkana, AR 71854


Great  American  Leasing  Corporation
PO  Box  660831
Dallas, TX 75266-0831


Halyyard  Sales  LLC
PO  Box  73583
Dallas, TX 75373-2583


Henry  Schein
c/o Heitner  &  Breitstein  PC
26  Court  Street  #304
Brooklyn, NY 11242


Higher  Images
368  Commercial  Street
Bridgeville, PA 15017


Image  First
Po  Box  61323
King of Prussia, PA 19406


Internal  Revenue  Serbice
PO  Box  7346
Philadelphia, PA 19101-7346


Interstate  Waste  Services
PO  Box  554046
Detroit, MI 48255-4046

JDJ Consulting LLC
6 North Synnott Avenue
Wenonah, NJ 08090


John Ware/Clifton Sunoco
c/o Law Office of Anthony Barbieri
832 Clifton Avenue
Clifton, NJ 07013


Johnson & Johnson Healthcare
c/o Biehl & Biehl, Inc.
325 East Fullerton Avenue
Carol Stream, IL 60188


Joint Restoration Foundation
6276 South Troy Circle
Englewood, CO 80111


JRF Ortho
6278 South Troy Circle
Englewood, CO 80111


Kimberly-Clark
PO Box 88125
Chicago, IL 60695-0002


Lakeland Bank
9 Polifly Road
Hackensack, NJ 07601


Law Office of Jeffrey Randolph LLC
139 Harristown Road, Suite 205
Glen Rock, NJ 07452


Lawrence J. Thomson, Ct Appt Rent Receiv
c/o Eva K. Carey, Esq.
Windels Marx Lane & Mittendorf LLP
120 Albany Street Plaza
New Brunswick, NJ 08901


Leaf Financial
68 S Service Road
Melville, NY 11747

Liberty Mutual Ins. Co
2501 Willington Road
New Castle, PA 16105


Louis Giasullo, DC
PO Box 836
18 Hook Mountain Road, Suite 201
West Caldwell, NJ 07006


Marquis Healthcare Technologies
4459 Amboy Road, Suite 4
Staten Island, NY 10312


Marsha Cohen RN
11 Cooper Avenue #302
Long Branch, NJ 07740


McKesson Medical-Surgical
9954 Mayland Drive
Henrico, VA 23233


MD Reports
1110 South Avenue
Staten Island, NY 10314


Meadowlands Electronics
320 Essex Street Suite 3
Stirling, NJ 07980


Medical Staff Office
Chilton Hospital
97 West Parkway
Pompton Plains, NJ 07444


Medivators NW 9841
PO Box 1450
Minneapolis, MN 55485


Medline Industries Inc
30 Gernmantown Road #2
Danbury, CT 06810


Medtronic USA
4542 Collection Center Drive
Chicago, IL 60693-0046

Metro MSP LLC
8 Woodhollow Road
Parsippany, NJ 07054

Mindray DS USA Inc.
800 MacArthur Blvd
Mahwah, NJ 07430

Miron Technologies Inc.
PO Box 101301
Pasadena, CA 91189

Mitel Leasing
PO Box 972448
Dallas, TX 75397-2448

Mitel Technologies Inc.
Department 7084
Carol Stream, IL 60122-7084

Montclair Anesthesia Associates PC
c/o Christopher Hilboki, Esq
1 University Plaza Dr
Hackensack, NJ 07601

Morris & Adelman
PO Box 2235
Bala Cynwyd, PA 19004

NCI
48 3rd Street
Kearny, NJ 07032

Neuro Therm Inc.
30 Upton Drive Suite 2
Wilmington, MA 01887

New Jersey Attorney General Office
Division of Law
Richard J. Hughes Justice Complex
25 Market St, PO Box 112
Trenton, NJ 08625-0112

New Jersey Dept. Labor & Workforce Devel
Div. of Unemployment & Disability Ins.
Bankrutpcy Unit
1 John Fitch Plaza, PO Box 951
Trenton, NJ 08611-0951


New Jersey Dept. of Labor
Division of Employer Accounts
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0379


New Jersey, Division of Taxation
Compliance & Enforcement - Bankruptcy
50 Barrack Street, 9th Fl.
PO Box 245
Trenton, NJ 08695-0267


New Logic
1295 67th Street
Emeryville, CA 94608


North Media Group
1 Garret Mountain Plaza
Little Falls, NJ 07424


Northwestern Mutual
PO Box 3009
Milwaukee, WI 53201-3009


Nuance Communications Inc.
PO Box 7247-6924
Philadelphia, PA 19170-6924


Nw Jersey, Treasurer
50 Barrack Street
Trenton, NJ 08608


Olympus America Inc
Box 200194
Pittsburgh, PA 15251-0194


On Deck Capital Inc
901 N Stuart Street, Suite 700
Arlington, VA 22203

Optum360
PO BOx 8850
Chicago, IL 60680


Panasonic Finance Solutions
PO Box 12438
Newark, NJ 07101-3538


Passaic Valley Water 7236
1525 Main Avenue
Clifton, NJ 07011


Passaic Valley Water Commission
1525 Main Avenue
Clifton, NJ 07011


Paulison Car Wash & Detailing Inc.
1041 Paulison Avenue
Clifton, NJ 07011


Peter J. Vazquez, Jr., Esq.
The Vazquez Law Firm
18 Hook Mountain Road, Suite 201
Pine Brook, NJ 07058


Pitney Bowes Global Financial Services L
PO Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874


Positive Outcomes Consulting LLC
106 Apple Street Suite 200W
Eatontown, NJ 07724


Precision Billing & Consulting Services
940 Main Street
Hackensack, NJ 07601


Premier Plus
326 North 14th Street
Kenilworth, NJ 07033

Premium RX National LLC
15722 Crabbs Branch Way
Derwood, MD 20855


Prescott's Inc.
18940 Microscopte Way
Monument, CO 80132


Professional Transcription Co - PTC
PO Box 120330
Staten Island, NY 10312


Proforma Spectrum Graphics Unlimted
373 US 46 #130
Fairfield, NJ 07004


Progressive Drive Insurance
PO Box 105428
Atlanta, GA 30348


PSE&G
PO Box 14444
New Brunswick, NJ 08906


Reshape Medical Inc
236 Avenida Fabricante Suite 201
San Clemente, CA 92672-5202


Richard Wolf Medical
2573 Momentium Place
Chicago, IL 60689


Roth Toscano & Amato
80 Route 4 East, Suite 150
Paramus, NJ 07652


Salerno Technologies
PO BOx 807
Union, NJ 07083


Scales Medical Technologies Inc.
110 Voice Road
Carle Place, NY 11514

Sharpe Kawam Carmosino & Co LLC
1 Mars Court, Suite 1
Boonton, NJ 07005

Shred It USA LLC
81 Walsh Drive
Parsippany, NJ 07054-1010

Smith & Nephew Inc
PO Box 60333
Charlotte, NC 28260-0333

Son Rise
615 Westfield Avenue West
Roselle Park, NJ 07204

SpineView Inc.
48810 Kato Road, Suite 110E
Fremont, CA 94538

Staples
PO Box 415256
Boston, MA 02241

Staples Advantage
PO Box 415256
Boston, MA 02241-5256

Staples Credit Plan
Dept 51 7812524386
PO Box 78004
Phoenix, AZ 85062-8004

Stericycle
P O Box 6582
Carol Stream, IL 60197

Stryker Endoscopy
c/o Stryker Saler Corporation
PO Box 93276
Chicago, IL 60673

Stryker Spine
21912 Network Place
Chicago, IL 60673

Surgical Center Information Exchange
PO Box 40724
Houston, TX 77240


Susan Bahrt RN BSN CIC
PO Box 96
Nazareth, PA 18064


The Brownstone
351 West Broadway
Paterson, NJ 07522


The CKB Firm
30 North LaSalle Street
Chicago, IL 60602


The Wheelchair Man Company Inc.
281 White Horse Pike
Clementon, NJ 08021


To Be Provided


Todays Business LLC
39 Route 46 East Bldg 801
Pine Brook, NJ 07058


Tri-State Opthalmics
10 Seals Drive
Monroe, NY 10950-3949


Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250-7967


United States Attorney
Peter Rodino Federal Building
970 Broad Street, Suite 700
Newark, NJ 07102


United States Attorney General
U.S. Dept. of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044

Unitex Textile Rental Corporation
c/o O'Brien & Taylor
175 Fairfield Avenue #2A
Caldwell, NJ 07006


UPS
Box 7247
Clifton, NJ 07013


US Endoscopy
5676 Heisley Road
Mentor, OH 44060


Utica National Insurance Group
PO Box 6532
Utica, NY 13504


Vanwell Electronics
320 Essex Street Suite 3
Stirling, NJ 07980


Verizon Wireless
PO Box 408
Newark, NJ 07101


VMST Corp
190 Midland Avenue
Saddle Brook, NJ 07663


WB Mason Company Inc.
535 Secaucus Road
Secaucus, NJ 07094


Wells Fargo
PO Box 6434
Carol Stream, IL 60197-6434


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197


William Focazio, MD
106 Fox Hedge Road
Saddle River, NJ 07458

William J. Focazio, MD, PA
999 Clifton Street
Clifton, NJ 07013


Yellowstone Capital
1 Evertrust Plaza
Jersey City, NJ 07302

# United States Bankruptcy Court
### District of New Jersey

In re __Endo Surgical Center of North Jersey__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Endo Surgical Center of North Jersey__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January 13, 2018__

Date

/s/ Anthony Sodono, III

**Anthony Sodono, III**

Signature of Attorney or Litigant

Counsel for   **Endo Surgical Center of North Jersey**

**Trenk, DiPasquale, Della Fera & Sodono, P.C.**
**347 Mount Pleasant Avenue**
**Suite 300**
**West Orange, NJ 07052**
**973-243-8600 Fax:973-243-8677**
**asodono@trenklawfirm.com**

Best Case Bankruptcy