UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**McMANIMON, SCOTLAND & BAUMANN, LLC**
75 Livingston Avenue
Roseland, NJ 07068
(973) 622-1800
Anthony Sodono, III
Sari B. Placona
*Proposed Counsel to William J. Focazio, MD, P.A., and Endo Surgical Center of North Jersey, P.C., Chapter 11 Debtors and Debtors-in-Possession*

Order Filed on October 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

WILLIAM J. FOCAZIO, MD, P.A., *et al.,*

　　　　　　　　Debtors.

Case No. 18-10752 (VFP)
(Joint Administration)

Chapter 11

Judge: Vincent F. Papalia

Recommended Local Form:　☒ Followed　　☐ Modified

# ORDER AUTHORIZING RETENTION OF
# McMANIMON, SCOTLAND & BAUMANN, LLC AS ATTORNEYS FOR DEBTOR

　　The relief set forth on the following page is **ORDERED**.

**DATED: October 29, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain McManimon, Scotland & Baumann, LLC as attorneys for Debtors, William J. Focazio, MD, P.A., and Endo Surgical Center of North Jersey, P.C., it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  75 Livingston Avenue
   Roseland, New Jersey 07068

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is *nunc pro tunc* to October 1, 2018.

4848-1947-1993, v. 1

4848-1947-1993, v. 1